## ANTONIO FARINHA *v.* COMMISSIONER OF CORRECTION

The petitioner Antonio Farinha's petition for certification for appeal from the Appellate Court, 63 Conn. App. 907 (AC 20702), is denied.

*Joseph Visone,* special public defender, in support of the petition.

*Lawrence J. Tytla,* senior assistant state's attorney, in opposition.

Decided July 5, 2001

## JOHN C. GIBBONS *v.* UNITED TECHNOLOGIES CORPORATION, PRATT AND WHITNEY AIRCRAFT DIVISION, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 482 (AC 20749), is denied.

*Brian W. Prucker,* in support of the petition.

*Douglas L. Drayton,* in opposition.

Decided July 5, 2001